UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

CP #1109, LLC, and
MARTIN E. O'BOYLE,

        CIVIL ACTION NO. 5:17-CV-03036
Plaintiffs,         Honorable Irene C. Berger, Judge

v.

CONTINENTAL MOTORS, INC., and
CONTINENTAL MOTORS SERVICES, INC.,

    Defendants.
_____/

## NOTICE OF APPEAL

Notice is hereby given that CP #1109, LLC and MARTIN E. O'BOYLE, Plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the Fourth Circuit from an Order Dismissing this case entered in this action on the 13th day of March, 2018.

        PLAINTIFFS
        By Counsel,

        /s/ Christopher J. Prezioso
        Christopher J. Prezioso (WVSB #9384)
        Thomas W. White (WVSB #9544)
        Dinsmore & Shohl, LLP
        P.O. Box 1850
        Lewisburg, WV 24901
        (304) 645-5360

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**BECKLEY DIVISION**

CP #1109, LLC, and
MARTIN E. O'BOYLE,

                                                                             CIVIL ACTION NO. 5:17-CV-03036
            Plaintiffs,                      Honorable Irene C. Berger, Judge

v.

CONTINENTAL MOTORS, INC., and
CONTINENTAL MOTORS SERVICES, INC.,

      Defendants.

**CERTIFICATE OF SERVICE**

      I, Christopher J. Prezioso counsel for the Plaintiffs, Continental Motors, Inc. and Continental Motors Services, Inc., do hereby certify that on the 12th day of April, 2018, the forgoing **Notice of Appeal** was served upon the following counsel of record through the CM/ECF system as follows:

Robert C. James, Esq.
**FLAHERTY SENSABAUGH BONASSO PLLC**
1225 Market Street
P.O. Box 6545
Wheeling, WV 26003
*Counsel for Defendants*

Mitchell B. Tuggle, Esq.
**FLAHERTY SENSABAUGH BONASSO PLLC**
200 Capitol Street
P.O. Box 3843
Charleston, WV 25338-3843
*Counsel for Defendants*

                                                                            /s/ Christopher J. Prezioso_____
                                                                            Christopher J. Prezioso (WVSB #9384)