FILED: November 13, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1412
(5:17-cv-03036)

_____

CP #1109, LLC, and; MARTIN E. O'BOYLE

    Plaintiffs - Appellants

v.

CONTINENTAL MOTORS, INC., and; CONTINENTAL MOTORS SERVICES, INC.

    Defendants - Appellees

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed as modified.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                  /s/ PATRICIA S. CONNOR, CLERK